UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00448-W

| | |
|---|---|
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) ) THOMAS YOUNG, JR., MARK YOUNG, ) JOSEPH YOUNG, KYRENCIA ) ARMSTRONG, ASHLEY YOUNG, ERIC ) S. GEORGE FUNERAL HOME, and THE ) FUNERAL FUNDING CENTER, INC., ) ) Defendants. ) ) | ORDER |

THIS MATTER is before the Court upon Plaintiff's Motion for Discharge (Doc. No. 28), filed March 16, 2012. No party has filed a response in opposition to the motion, and the time for doing so has long expired. Therefore, for the reasons stated in the Memorandum in Support of the Motion (Doc. No. 29), the motion is GRANTED.

IT APPEARING TO THE COURT that on September 14, 2011, Plaintiff properly filed a Petition for Interpleader in the United States District Court for the Western District of North Carolina, Charlotte Division, concerning American General Life and Accident Insurance Company's insurance Policy No. AA721481 (hereinafter the "Policy");

IT FURTHER APPEARING TO THE COURT that Plaintiff tendered the proceeds of the Policy, plus applicable interest, into the Registry of the United States District Court for the Western District of North Carolina pursuant to Fed. R. Civ. P. 67 on December 30, 2011;

IT FURTHER APPEARING TO THE COURT that Plaintiff filed its Motion for Discharge on March 16, 2012, in the United States District Court for the Western District of North Carolina,

Charlotte Division, pursuant to 28 U.S.C. § 2361;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Discharge is GRANTED. Plaintiff is hereby relieved from any further liability under the Policy, and Defendants are hereby enjoined form taking any action against Plaintiff concerning the Policy.

IT IS SO ORDERED.

Signed: June 11, 2012

Frank D. Whitney
United States District Judge